IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL FLEMING, Reg. No. 07043-094, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:18-CV-250-WHA |
| WALTER WOODS, | ) ) | |
| Defendant. | ) | |

## **ORDER**

On April 27, 2018, the Magistrate Judge entered a Recommendation (Doc. #4) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to file necessary financial information as ordered by this court;

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE this 6th day of June, 2018.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE